UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS E. VANCE,<br><br>             Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC., et al.,<br><br>             Defendants.<br>_____ | CV 10-05985 ODW (MANx)<br><br><br>**FINAL JUDGMENT ORDER** |

     On August 16, 2010, Defendant CitiMortgage, Inc. ("Defendant") filed a Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss Plaintiff Dennis Vance's ("Plaintiff") Complaint. (Dkt. # 4.) On September 2, 2010, the Court granted Defendant's Motion on the basis that Plaintiff failed to file a timely opposition. (Dkt. # 16.) On that date, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice. (Dkt. # 15.) Plaintiff now argues that the Court should not enter final judgment in Defendant's favor as requested (Dkt. #s 18, 19) because his Notice appears on the docket prior to the Court's Order Granting Defendant's Motion. (Dkt. # 20.)

     Notwithstanding the Court's dismissal of Plaintiff's action for non-opposition, Federal Rule of Civil Procedure 41(a)(1)(B) provides that "if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim[s], a notice of dismissal operates as an adjudication on the merits." Because Plaintiff previously filed and voluntarily dismissed an action earlier this year in which he asserted

the exact same claims against the same Defendant (CV 10-00383 ODW (MANx) Dkt. #s 1, 13), his voluntary dismissal of the present action operates as an adjudication on the merits, making appropriate the entry of judgment in Defendant's favor. The Clerk of the Court shall therefore ENTER JUDGMENT in favor of Defendant, and close this case.

**SO ORDERED.**

September 20, 2010

_____
Otis D. Wright II
United States District Judge